UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| TYRONE HURT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 1:14-cv-00396-GZS |
| | ) |
| JAMES E. BOASBERG, et als., | ) |
| | ) |
| Defendants. | ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 5) filed November 14, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED**.

        /s/ George Z. Singal
        United States District Judge

Dated this 5th day of December, 2014.